

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Eileen de Callies
Of Counsel
edecallies@lbcclaw.com
(516) 837-7381

# MEMORANDUM ENDORSEMENT

September 9, 2021

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *New York Marine & General Insurance Company v. American Empire Surplus Lines Insurance Company*
Case No.      :   1:21-cv-01112
Our File No.  :   422-105473

Dear Judge Gorenstein:

This firm represents Defendant, American Empire Surplus Lines Insurance Company in connection with the above referenced matter.

We write, with Plaintiff's consent, to request an adjournment *sine die* of the Settlement Conference currently scheduled to take place before Your Honor on September 23, 2021 at 2:30 pm. This is the first request by the parties for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eileen de Callies

cc:   William Stewart, Esq. (via ECF)

**The parties' joint request to adjourn the settlement conference sine die is granted. The parties shall write to the Court as soon as they are prepared to participate in a settlement conference. The letter shall include proposed dates for the conference. This Order has no effect on any deadlines in this case.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 10, 2021